No. 339. B. KUPPENHEIMER & CO., INC., *v.* MORNIN, RECEIVER, ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Julius Moses* and *Walter Bachrach* for petitioner. *Messrs. John T. Sullivan* and *Denis M. Kelleher* for respondents.

No. 340. BORGIA *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Otto Christensen* for petitioner. *Solicitor General Reed* and *Mr. W. Marvin Smith* for the United States.

No. 342. NELLIS *v.* MARYLAND CASUALTY Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. T. T. Ansberry* for petitioner. *Mr. Herman A. Krueger* for respondent.

No. 343. UNION AGRICULTURAL & INDUSTRIAL COLLEGE OF ARKANSAS, INC. ET AL. *v.* ARKANSAS BAPTIST COLLEGE, INC. ET AL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. George A. McConnell* and *Graham R. Hall* for petitioners. *Mr. John A. Hibber* for respondents.

No. 344. BROWN *v.* GAREY ET AL., EXECUTORS. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. John Fletcher*